IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.   No. 1:11-CR-2561 BB

DONALD ROYBAL,

      Defendant.

## ORDER

      THIS MATTER having come before the Court on Defendant's Unopposed Motion for a Form 13 Pre-Plea Pre-Sentence Investigation Report [Docket No. 29, filed March 22, 2012], and noting the concurrence of the Government, finds that Defendant's Motion is well taken;

      IT IS THEREFORE ORDERED that the United States Probation Office is hereby ordered to conduct a Form 13 Pre-Plea Pre-Sentence Investigation Report for purposes of determining a proper sentence for the above-named Defendant, Donald Roybal;

      IT IS FURTHER ORDERED that the United States Probation Office is hereby ordered to provide both counsel for the Defendant, Michael V. Davis, and the Assistant United States Attorney, Louis Valencia, with a copy of same no later than May 7, 2012;

      IT IS SO ORDERED.

_____
THE HONORABLE BRUCE D. BLACK
Chief United States District Judge